**Deny, Strike, Moot and Opinion Filed September 13, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00735-CV**

**IN RE ADRIAN BOOKER, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-18807**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

In its August 26, 2021 petition for writ of mandamus, relator challenges several orders entered by the trial court as void and attaches a few documents.

Based on our review of the petition and attached documents, we conclude that relator has failed to comply with several requirements set forth in Rule 52 of the Texas Rules of Appellate Procedure, as well as Rule 9.9 requiring redaction of sensitive information. Accordingly, we deny the petition for writ of mandamus, strike the petition, and deny the motion to stay as moot.

210735f.p05

/s/ LESLIE OSBORNE
LESLIE OSBORNE
JUSTICE